1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6960
7  Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

FILED
SEP 1 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,              )    No. 3-05-70711 BZ
                                       )
        Plaintiff,                     )
                                       )
   v.                                  )
                                       )    [PROPOSED] ORDER AND NOTICE
CLARENCE STEVENS,                      )    OF DISMISSAL
                                       )
        Defendant.                     )    (San Francisco Venue)
_____)

        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California dismisses the above complaint

without prejudice, and moves that the Court quash the warrant for the arrest of the Defendant that

//
//
//
//
//
//

NOTICE OF DISMISSAL
3-05-70711 BZ

1 | was issued in connection with the complaint in this case.

2

3 | DATED: September 9, 2005          Respectfully submitted,

4 |          KEVIN V. RYAN
         United States Attorney

5

6

7 |          /s/
         MICHELLE MORGAN-KELLY
         Assistant U.S. Attorney

8

9 | Leave is granted to the government to dismiss the complaint. It is further ordered that the

10 | arrest warrant issued in connection with the complaint is quashed.

11 | SO ORDERED.

12

13 | Date: 9/16/5

14 |          The Hon. Joseph C. Spero
         United States Magistrate Judge

NOTICE OF DISMISSAL
3-05-70674 BZ          2